UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>PG&E, et al.,<br><br>  Defendants. | Case No. 17-cv-05445-PJH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Richard Seeborg for consideration of whether the case is related to <u>Ellis v. City of Antioch, et al.</u>, 17-cv-05443-RS. The court notes that plaintiff has indicated the two actions are related in his CMC statements filed in the above-captioned matter. <u>See</u> Dkt. 16 at 5 § 11; Dkt. 17 at 3 ¶ 10.

Any scheduled hearings or case management conferences in this action are VACATED.

**IT IS SO ORDERED.**

Dated: March 6, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge